UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE J. MCABEE,<br>　　　　　　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br>　　　　　　　　　Defendant. | No. 2:16-cv-00482-RSM<br><br>ORDER |

IT IS HEREBY ORDERED that Plaintiff is awarded $2,697.52 in attorney fees and $11.31 in expenses pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to him at P.O. Box 31844, Seattle, WA 98103.

DONE this 9 day of May 2017.

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | Presented By: |
| 3 | s/ FRANCISCO RODRIGUEZ<br>Francisco Rodriguez, WSBA #22881 |
| 4 | Attorney for Plaintiff<br>P.O. Box 31844 |
| 5 | Seattle, WA 98103<br>Phone: (206) 414-8894 |
| 6 | Fax: (206) 629-8975<br>Email: tr@titorodriguez.com |

ORDER (2:16-cv-00482-RSM) - 2